**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada Bar #8409
Jsc@cogburnlaw.com
ANDREW L. REMPFER, ESQ.
Nevada Bar #8628
alr@cogburnlaw.com
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
Tel: (702) 384-3616
Fax: (702) 943-1936
Attorneys for Chelsey Young

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHELSEY YOUNG,<br><br>              Plaintiff,<br><br>vs.<br><br>NEVADA PROFESSIONAL COLLECTIONS<br><br>              Defendant. | Case No: 2:10-cv-00950-KJD-LRL<br><br>**[PROPOSED] ORDER** |

**ORDER**

It is hereby found that Plaintiff Chelsey Young's *Motion for Entry of Default Judgment* (#9) is **GRANTED** for the following reasons.

1.  Young filed her *Complaint* on June 18, 2010. *Complaint* (#1). In the *Complaint*, Young alleged Defendant violated the Fair Debt Collections Practices Act, 15 U.S.C. § 1692 et. seq., in the following ways:

     a. In connection with an attempt to collect an alleged debt from Plaintiff, contacting a third party for purposes other than obtaining location information (§ 1692b & § 1692c(b));

     b. In connection with an attempt to collect an alleged debt from Plaintiff, providing the identity of Defendant to a third party without such information being expressly requested (§ 1692b(1) & § 1692c(b));

     c. Disclosing to a third party the existence of the debt allegedly owed by

1   Plaintiff (§ 1692b(2) & § 1692c(b));

2   d.  Communicating with a single third party more than once in connection with
3   an attempt to collect an alleged debt from Plaintiff (§ 1692b(3) & § 1692c(b));

4   e.  When contacting a third party in connection with an attempt to collect an
5   alleged debt from Plaintiff, using language or a symbol in the envelope or the
6   contents of the communication that indicated that Defendant is a debt
7   collector or that the communication related to the collection of a debt (§
8   1692b(5) & § 1692c(b));

9   f.  Failing to provide meaningful disclosure of Defendant's identity and address;

10  g.  Using false, deceptive, or misleading representations or means in connection
11  with collection of a debt, including representing the amount owed and without
12  properly advising Plaintiff to consult counsel before signing a confession of
13  judgment (§ 1692e));

14  h.  Failing to provide Plaintiff with the notices required by 15 USC § 1692g,
15  either in the initial communication with Plaintiff, or in writing within 5 days
16  thereof, (§ 1692g(a)).

17      2.  Defendant was served a copy of the *Complaint* and *Summons* on June 28, 2010.
18  *Affidavit of Service* (#5).

19      3.  Defendant has not filed a response to the *Complaint* as required by Fed. R. Civ. P.
20  12.

21      4.  On August 31, 2010, the Clerk entered a *Default* against Defendant. *Default* (#8).

22      5.  Any debt collector who fails to comply with any provision of the FDCPA is liable
23  to such person in the amount equal to damages not exceeding $1,000 for each violation.  15
24  U.S.C. § 1692k(a)(2).

25      6.  Reasonable attorney's as determined by the Court may be awarded to a successful
26  plaintiff.  15 U.S.C. § 1692(a)(3).

27      7.  Accordingly, the Court hereby Orders an award in Young's favor as follows and
28  instructs the Clerk of Court to enter a Judgment against Defendant as follows:

COGBURN LAW OFFICES
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616 FAX: (702) 943-1936

    a. $8,000, which represents $1,000 for each violation of the FDCPA referenced above in paragraphs 1(a) through 1(h);

    b. $2,250 in reasonable attorney's fees;

    c. $387.50 in costs;

    d. Plus interest, attorneys' fees and costs accruing until such time the Judgment is collected in full.

**IT IS SO ORDERED.**

Dated: October 12, 2010

_____
United States District Court Judge

Respectfully Submitted By:

By: ____/s/ Andrew L. Rempfer, Esq.___
Jamie S. Cogburn, Esq.
Nevada Bar #8409
Andrew L. Rempfer, Esq.
Nevada Bar # 8628
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada  89123
Attorneys for Chelsey Young

**COGBURN LAW OFFICES**
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616 FAX: (702) 943-1936